**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Billy Ray CRAWFORD, Jr.,**
**Defendant–Appellant.**

No. 12–7192.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 6, 2012.

Billy Ray Crawford, Jr., Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Ray Crawford, Jr., appeals the district court's order granting his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crawford,* No. 4:05–cr–00470–TLW–1 (D.S.C. July 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*